IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GLORIA CONYEARS**                                                                                   **PLAINTIFF**

**v.**                              **Case No. 2:11-cv-00094-KGB**

**DR. ARTHUR TUCKER, et al.**                                                                **DEFENDANTS**

## ORDER

The Court will conduct a pretrial hearing by telephone on Friday, April 4, 2014, at 11:00 a.m. The call-in information is as follows:

- Dial-in number:   (877) 810-9415

- Access code:      8401566

SO ORDERED this the 2nd day of April, 2014.

_____
Kristine G. Baker
United States District Judge