**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**GLORIA CONYEARS**                                                                   **PLAINTIFF**

**v.**                                    **Case No. 2:11-cv-00094-KGB**

**DR. ARTHUR TUCKER,** *et al.*                                         **DEFENDANTS**

## ORDER

Before the Court is Gloria Conyears's motion to dismiss with prejudice (Dkt. No. 93). Ms. Conyears moves to dismiss voluntarily her action with prejudice because the parties have settled this case.  For good cause shown, the Court grants the motion and dismisses with prejudice this case.

SO ORDERED this 4th day of September, 2015.

Kristine G. Baker
United States District Judge